# MEMORANDUM DECISIONS.

ABRAMSON, Respondent, v. ULSTER & D. R. CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. January 21, 1910.) Actions by Etta Abramson and by Nathan M. Abramson against the Ulster & Delaware Railroad Company. A. Van Etten, for appellant. I. Gainsburg, for respondents. No opinion. Judgments and orders affirmed, with costs. Orders filed.

ACME RUBBER MFG. CO. v. BUCKLEY. BRADLEY v. JAECKEL. SWARTWOUT v. DOLL. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by the Acme Rubber Manufacturing Company against Leander J. Buckley, by William Bradley against Adelbert Jaeckel, and by Frank W. Swartwout against Jacob Doll. No opinions. Applications for leave to appeal from Appellate Term denied, with $10 costs. Orders signed. See, also, 117 N. Y. Supp. 629; 119 N. Y. Supp. 1071.

AINSWORTH, Respondent, v. DUTCHESS HAT WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Allen Ainsworth against the Dutchess Hat Works.
PER CURIAM. Judgment and order affirmed, with costs.
BURR, J., dissents.

ALBANY, S. & R. PLANK ROAD CO., Respondent, v. WHITEHEAD BROS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the Albany, Schoharie & Rensselaerville Plank Road Company against the Whitehead Bros. Company. No opinion. Judgment unanimously affirmed, with costs.

ALBRECHT, Respondent, v. ROCHESTER, S. & E. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Wilhelm Albrecht against the Rochester, Syracuse & Eastern Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

ALDRIDGE, Respondent, v. ÆTNA LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Alfred E. Aldridge against the Ætna Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

ANDREWS, Respondent, v. ANDREWS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Ada Andrews against Charles A. Andrews. No opinion. Judgment and order affirmed, with costs.

ANTHONY, Appellant, v. ABBOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 19, 1909.) Action by Jacob M. Anthony against Warren J. Abbott, as executor, etc., and the Syracuse Savings Bank. No opinion. Judgment and order affirmed, with costs.

ANTHONY v. MOORE & MUNGER CO. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Nicholas W. Anthony against the Moore & Munger Company (see, also, 120 N. Y. Supp. 402). With this case has been consolidated in this court cases bearing titles as follows: Max Weil v. Corn Exchange Bank (see, also, 119 N. Y. Supp. 1149); Ferguson Contracting Co. v. Helderberg Cement Company (see, also, 120 N. Y. Supp. 317); Robert A. Funger v. Brooklyn Bottle Stopper Company (see, also, 120 N. Y. Supp. 1124); Alice V. Densmore v. Darsa J. Densmore (see, also, 120 N. Y. Supp. 1121); Abraham Bail, as administrator, v. New York. N. H. & H. R. Co. (see, also, 120 N. Y. Supp. 1113); Elizabeth Cunningham, as administratrix, v. The Sheltering Arms (see, also, 119 N. Y. Supp. 1033); Emma A. Dambmann v. Metropolitan Street Ry. Co. (see, also, 119 N. Y. Supp. 1122); Bernard Shane v. City of New York (see, also, 120 N. Y. Supp. 428). No opinions. Motions denied, with $10 costs. Orders filed.

APELLISSY v. VEXLER. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Dennis A. Apellissy against Abraham Vexler. No opinion. Motion to dismiss appeal from judgment granted, with $10 costs, and motion to dismiss appeal from order denied, with $10 costs. Order filed.

ARMSTRONG, Respondent, v. QUAYLE & SON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Perry M. Armstrong against Quayle & Son. No opinion. Judgment and order affirmed, with costs.

ARNOLD, Respondent, v. NATIONAL STARCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Anna Arnold, an infant, etc., against the National Starch Company. No opinion. Judgment and order affirmed, with costs. See, also, 125 App. Div. 905, 109 N. Y. Supp. 1123.